IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ST. GREGORY CATHEDRAL SCHOOL and ADK QUARTER MOON, LLC, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>LG ELECTRONICS, INC., a South Korean corporation, and LG ELECTRONICS U.S.A., INC., a Delaware corporation,<br><br>　　　　Defendants | Case No. 6:12-CV-739 |

## ORDER GRANTING DEFENDANT LG ELECTRONICS U.S.A., INC.'S MOTION TO SEAL PLAINTIFFS' AMENDED COMPLAINT

This cause came before the Court on Defendant LG Electronics U.S.A., Inc.'s ("LGE") unopposed motion to seal Plaintiffs' Amended Complaint. The Court hereby grants LGE's motion (Doc. No. 25) and directs the clerk to seal Plaintiffs' Amended Complaint and to maintain that document (Doc. No. 22), including all exhibits, confidentially.

**It is SO ORDERED.**

**SIGNED this 8th day of January, 2013.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE