IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ST. GREGORY CATHEDRAL SCHOOL; ADK QUARTER MOON, LLC; LEXMI HOSPITALITY, LLC; and SHRI BALAJI, LLC, on behalf of themselves and all others similarly situated, | : : : : : : | |
| Plaintiffs, | : : | Case No. 6:12-CV-739 |
| v. | : : | |
| LG ELECTRONICS, INC., a South Korean corporation, and LG ELECTRONICS U.S.A., INC., a Delaware corporation, | : : : : | |
| Defendants | : | |

## [PROPOSED] SCHEDULING ORDER

Following the March 18, 2013 scheduling conference, the parties have conferred regarding a proposed schedule for the proceedings identified in the Court's case management plan.  As previously noted (*see* Doc. No. 52), Defendants are evaluating the possibility of moving to strike Plaintiffs' class allegations.  If such a motion is filed and ultimately granted, discovery related to class certification and a hearing on any class certification motion would not be required.  Assuming a motion to strike Plaintiffs' class allegations is not granted, however, the parties propose the following dates for the proceedings identified below.

| PRETRIAL EVENTS | COURT'S PROPOSED DATES | PARTIES' PROPOSED DATES |
|---|---|---|
| **Rule 26(f) meeting*** | March 4, 2013 | March 4, 2013 |
| **File case management plan*** | March 11, 2013 | March 13, 2013 |
| **Rule 16(b) scheduling conference*** | March 18, 2013 | March 18, 2013 |
| **Deadline to file motions to dismiss** | March 22, 2013 | April 5, 2013 |

| | | |
|---|---|---|
| Deadline to serve initial disclosures relating to class certification issues | April 18, 2013 | April 25, 2013 (by plaintiffs and LG USA)<br><br>May 20, 2013 (by LG KR) |
| Deadline to exchange privilege logs related to class certification issues | May 24, 2013 | June 7, 2013 (for non ESI documents) |
| Deadline to designate expert witnesses and reports on issues for which the party bears the burden of proof on class certification issues | May 24, 2013 | September 6, 2013 |
| Deadline for expert witnesses for which the party bears the burden of proof on class certification issues to be made available for deposition | | October 4, 2013 |
| Deadline to notify Court of mediator | May 24, 2013 | May 1, 2013 |
| Deadline to designate expert witnesses and reports on issues for which the party does not bear the burden of proof on class certification issues | June 18, 2013 | November 8, 2013 |
| Deadline for expert witnesses for which the party does not bear the burden of proof on class certification issues to be made available for deposition | | December 2, 2013 |
| Deadline to file objections to experts (including *Daubert* challenges) | August 1, 2013 | December 31, 2013 |
| Discovery deadline for class certification issues | August 1, 2013 | December 9, 2013 |
| Deadline to complete **required** mediation | August 8, 2013 | May 2, 2014 |
| Deadline for motion for class certification | August 16, 2013 | January 31, 2014 |
| Deadline for response to motion for class certification | September 6, 2013 | March 17, 2014 |

| | | |
|---|---|---|
| Deadline for reply to motion for class certification | September 18, 2013 | March 28, 2014 |
| Deadline for Rule 26(a)(3) disclosures related to the class certification hearing | September 18, 2013 | March 28, 2014 |
| Deadline for Objections to 26(a)(3) disclosures | October 2, 2013 | April 6, 2014 |
| Deadline for Plaintiff to file proposed findings of fact and conclusions of law on the issues of class certification | October 2, 2013 | April 18, 2014 |
| Deadline for Defendant to file proposed findings of fact and conclusions of law on the issue of class certification | October 9, 2013 | April 18, 2014 |
| Class certification hearing | **November 14, 2013 at 9:00 am in Tyler, Texas** | May 22, 2014 |

DATED this 22nd day of March, 2013.

/s/ Jonathan R. Chally_____          /s/Sean W. Shirley_____
David L. Balser                                  J. Russell Campbell
Stephen B. Devereaux                             Gregory C. Cook
Jonathan R. Chally                               Charles A. Burkhart
KING & SPALDING LLP                              Sean W. Shirley
1180 Peachtree Street, NE                        BALCH &BINGHAM LLP
Atlanta, GA 30309-3521                           Post Office Box 306
Phone: (404) 572 4600                            Birmingham, Alabama 35201-0306
Facsimile: (404) 572 5100                        Phone: (205) 251-8100
                                                 Facsimile: (205) 226-8798

Bruce Hurley
State Bar No. 10311400                            Robert Christopher Bunt
KING & SPALDING LLP                               State Bar No. 00787165
1100 Louisiana Street, Suite 4000                 Robert M. Parker
Houston, TX 77002-5213                            State Bar No. 15498000
Phone: (713) 751 3200                             Charles Ainsworth
Facsimile: (713) 751 3290                         State Bar No. 00783521
                                                  Andrew T. Gorham
T. John Ward                                      State Bar No. 24012715
State Bar No. 20848000                            PARKER, BUNT & AINSWORTH, P.C.
Claire Abernathy Henry                            100 E. Ferguson, Suite 1114
State Bar No. 24053063                            Tyler, Texas 75702
WARD & SMITH LAW FIRM                             Phone: (903) 531-3535
P.O. Box 1231                                     Facsimile: (903) 533-9687
Longview, Texas 75606-1231
Phone: (903) 757-6400                             *COUNSEL FOR PLAINTIFFS*
Facsimile: (903) 757-2323                         *ST. GREGORY CATHOLIC SCHOOL;*
                                                  *ADK QUARTER MOON, LLC; LEXMI*
*COUNSEL FOR LG ELECTRONICS U.S.A.,*  *HOSPITALITY, LLC; AND SHRI*
*INC. AND LG ELECTRONICS, INC.*       *BALAJI, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ST. GREGORY CATHEDRAL SCHOOL;<br>ADK QUARTER MOON, LLC; LEXMI<br>HOSPITALITY, LLC; and SHRI BALAJI, LLC,<br>on behalf of themselves and all others similarly<br>situated, | :<br>:<br>:<br>:<br>:<br>: | |
|      Plaintiffs, | : | Case No. 6:12-CV-739 |
| | : | |
| v. | : | |
| | : | |
| LG ELECTRONICS, INC., a South Korean<br>corporation, and LG ELECTRONICS U.S.A.,<br>INC., a Delaware corporation, | :<br>:<br>: | |
| | : | |
|     Defendants | : | |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this date I electronically filed this **PROPOSED SCHEDULING ORDER** with the clerk of court for the United States District Court, Eastern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.


Dated:  March 22, 2013                    */s/ Jonathan R. Chally* _____
                                         Jonathan R. Chally