# Exhibit C

# LG ELECTRONICS, INC.
## LG Packaged Terminal Air Conditioner Limited Warranty - USA

Should your LG Packaged Terminal Air Conditioner prove to be defective in materials or workmanship under normal use during the warranty period listed below, LG Electronics will replace the defective part(s). Replacement part(s) will meet intended fit and function of the original part(s). Replacement parts are warranted for the unexpired portion of the original warranty period. This warranty is good only to the original purchaser of the product and effective only when used in the United States.

## WARRANTY PERIOD:

| For The Period Of: | LGE Will Replace: |
|---|---|
| **One Year**<br>From the date of the original purchase | Any part of LGE Packaged Terminal which fails due to a defect in materials or workmanship. During this **full one-year** warranty, LGE will also provide, **free of charge**, all labor and on-site service to replace the defective part. |
| **Five Years**<br>From the date of the original purchase | Any part of the **sealed refrigerating system** (the compressor, condenser, evaporator and all connecting tubing) which fails due to a defect in materials or workmanship. During this **full five-year sealed refrigerating system warranty**, LGE will also provide, free of charge, all labor and on-site service to replace the defective part. |
| **Five Years**<br>From the date of the original purchase | For the second through the **fifth year** from the date of original purchase, LGE will replace **certain parts** that fail due to a defect in materials or workmanship. Parts covered are fan motors, switches, thermostats, heater, heater protectors, compressor overload, solenoids, circuit boards, auxiliary controls, thermistors, frost controls, ICR pump, capacitors, varistors and indoor blower bearing. During this **limited four-year parts warranty**, you will be responsible for any labor or on-site service costs. |

No other warranty is applicable to this product. **THIS WARRANTY IS IN LIEU OF ANY OTHER WARRANTY, EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION, ANY WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. TO THE EXTENT ANY IMPLIED WARRANTY IS REQUIRED BY LAW, IT IS LIMITED IN DURATION TO THE EXPRESS WARRANTY PERIOD ABOVE. NEITHER THE MANUFACTURER NOR ITS U.S. DISTRIBUTOR SHALL BE LIABLE FOR ANY INCIDENTAL, CONSEQUENTIAL, INDIRECT, SPECIAL, OR PUNITIVE DAMAGES OF ANY NATURE, INCLUDING WITHOUT LIMITATION, LOST REVENUES OR PROFITS, OR ANY OTHER DAMAGE WHETHER BASED IN CONTRACT, TORT, OR OTHERWISE.** Some states and/or territories do not allow the exclusion or limitation of incidental or consequential damages or limitations on how long an implied warranty lasts, so the above exclusion or limitation may not apply to you. This warranty gives you, the original purchaser, specific legal rights and you may also have other rights that vary from state or territory to territory.

## THIS LIMITED WARRANTY DOES NOT APPLY TO:

1. Service trips to your home for delivery or pickup, install, instruct or replace house fuses, or connect house wiring or plumbing, or correction of unauthorized repairs.
2. Failure of product to perform during power failures and interruptions or inadequate electrical service.
3. Damage caused by transportation or handling.
4. Damage to the product caused by accident, vermin, lightning, winds, fire, floods, or acts of God.
5. Damages caused by leaky or broken water pipes, frozen water pipes, restricted drain lines, or inadequate or interrupted water supply.
6. Damages cause by inadequate supply of air.
7. Damages resulting from running the product in a corrosive atmosphere.
8. Damage resulting from accident, misuse, abuse, or improper installation, repair, or maintenance. Improper repair includes use of parts not approved or specified by LG.
9. Normal maintenance as described in the installation instructions and use and care manual, such as replacing filters, cleaning of coils, etc.
10. Use of accessories or components that are not compatible with this product.
11. Products with altered or removed serial numbers.
12. Changes in the appearance of the product that do not affect product performance.
13. Increases in utility costs and additional utility expenses.

The cost of repair or replacement under these excluded circumstances shall be borne by the consumer.

| US | Service call Number # : 1-888-865-3026 |
|---|---|
| CANADA | Service call Number # : (888) LG Canada, (888) 542-2623 |

Printed in Korea

## LG ELECTRONICS, INC.
### LG Packaged Terminal Air Conditioner Limited Warranty - USA

Should your LG Packaged Terminal Air Conditioner prove to be defective in materials or workmanship under normal use during the warranty period listed below, LG Electronics will replace the defective part(s). Replacement part(s) will meet manufacturer and duration of the original part(s). Replacement parts are warranted for the unexpired portion of the original warranty period. This warranty is good only to the original purchaser of the product and effective only when used in the United States.

**WARRANTY PERIOD:**

| For The Period Of: | LGE Will Replace |
|---|---|
| **One Year** From the date of the original purchase | Any part of LGE Packaged Terminal which fails due to a defect in materials or workmanship. During this full one-year warranty, LGE will also provide, free of charge, all labor and on-site service to replace the defective part. |
| **Five Years** From the date of the original purchase | Any part of the sealed refrigerating system (the compressor, condenser, evaporator and connecting tubing) which fails due to a defect in materials or workmanship. During this full five-year period of operation, system warranty, LGE will also provide, free of charge, all labor and on-site service to replace the defective part. |
| **Five Years** From the date of the original purchase | For the second through the fifth year from the date of original purchase, LGE will replace certain parts that fail due to a defect in materials or workmanship. Parts covered are the motors, switches, thermistors, heater elements, compressor overload, connectors, circuit boards, auxiliary controls, thermistors, front controls, PCB pump, capacitors, varistors and indoor blower bearing. During this limited four-year parts warranty, you will be responsible to any labor or on-site service costs. |

No other warranty is applicable to this product. THIS WARRANTY IS IN LIEU OF ANY OTHER WARRANTY, EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION, ANY WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE TO THE EXTENT ANY IMPLIED WARRANTY IS REQUIRED BY LAW, IT IS LIMITED IN DURATION TO THE EXPRESS WARRANTY PERIOD ABOVE. NEITHER THE MANUFACTURER NOR ITS U.S. DISTRIBUTOR SHALL BE LIABLE FOR ANY INCIDENTAL, CONSEQUENTIAL, INDIRECT, SPECIAL, OR PUNITIVE DAMAGES OF ANY NATURE INCLUDING WITHOUT LIMITATION, LOST REVENUES OR PROFITS, OR ANY OTHER DAMAGE WHETHER BASED IN CONTRACT, TORT, OR OTHERWISE. Some states and/or territories do not allow the exclusion or limitation of incidental or consequential damages or limitations on how long an implied warranty lasts, so the above exclusion or limitation may not apply to you. This warranty gives you, the original purchaser specific legal rights and you may also have other rights that vary from state to state or territory to territory.

**THIS LIMITED WARRANTY DOES NOT APPLY TO:**

1. Service trips to your home for delivery or pickup, install, instruct or replace house fuse, or connect house wiring or plumbing, or correction of unauthorized repairs.
2. Failure of product to perform during power failure and interruptions or inadequate electrical service.
3. Damage caused by transportation or handling.
4. Damage to the product caused by accident, vermin, lightning, winds, fire, floods, or acts of God.
5. Damages caused by leaky or broken water pipes, inadequate water pipes, restricted drain lines, or inadequate or interrupted water supply.
6. Damages caused by inadequate supply of air.
7. Damage resulting from running the product in a corrosive atmosphere.
8. Damage resulting from accident, misuse, abuse, or improper installation, repair, or maintenance. Improper repair includes use of parts not approved or specified by LG.
9. Normal maintenance as described in the installation instructions and use and care manual, such as replacing filters, cleaning of coils, etc.
10. Use of accessories or components that are not compatible with this product.
11. Products with altered or removed serial numbers.
12. Changes in the appearance of the product that do not affect product performance.
13. Increases in utility costs and additional utility expenses.

The cost of repair or replacement under these excluded circumstances shall be borne by the consumer.

| US | Service call Number # 1-888-616-3226 |
|---|---|
| CANADA | Service call Number # (888) LG Canada (888) 542-2623 |

Printed in Korea