# Exhibit D

## LG ELECTRONICS, INC.
## LG Ductless Air Conditioner Limited Warranty - USA



Should your LG Ductless Air Conditioner prove to be defective in materials or workmanship under normal use during the warranty period listed below, LG Electronics will replace the defective part(s). Replacement part(s) will meet intended fit and function of the original part(s). Replacement parts are warranted for the unexpired portion of the original warranty period. This warranty is good only to the original purchaser of the product and effective only when used in the United States, including Alaska, Hawaii, and U.S. Territories.

**WARRANTY PERIOD:**

**PARTS: Three Years** from the Date of Purchase.

**COMPRESSOR: Five years** from the Date of Purchase.

Note: If the original date of purchase cannot be verified, the warranty will begin 60 days from the date of manufacture.

**No other warranty is applicable to this product. THIS WARRANTY IS IN LIEU OF ANY OTHER WARRANTY, EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION, ANY WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. TO THE EXTENT ANY IMPLIED WARRANTY IS REQUIRED BY LAW, IT IS LIMITED IN DURATION TO THE EXPRESS WARRANTY PERIOD ABOVE. NEITHER THE MANUFACTURER NOR ITS U.S. DISTRIBUTOR SHALL BE LIABLE FOR ANY INCIDENTAL, CONSEQUENTIAL, INDIRECT, SPECIAL, OR PUNITIVE DAMAGES OF ANY NATURE, INCLUDING WITHOUT LIMITATION, LOST REVENUES OR PROFITS, OR ANY OTHER DAMAGE WHETHER BASED IN CONTRACT, TORT, OR OTHERWISE.  Some states and/or territories do not allow the exclusion or limitation of incidental or consequential damages or limitations on how long an implied warranty lasts, so the above exclusion or limitation may not apply to you. This warranty gives you, the original purchaser, specific legal rights and you may also have other rights that vary from state to state or territory to territory.**

**THIS LIMITED WARRANTY DOES NOT APPLY TO:**

1. Service trips to your home for delivery or pickup, install, instruct or replace house fuses, or connect house wiring or plumbing, or correction of unauthorized repairs.
2. Failure of product to perform during power failures and interruptions or inadequate electrical service.
3. Damage caused by transportation or handling.
4. Damage to the product caused by accident, pest, lightning, winds, fire, floods, or acts of God.
5. Damages caused by leaky or broken water pipes, frozen water pipes, restricted drain lines, or inadequate or interrupted water supply.
6. Damages cause by inadequate supply of air.
7. Damages resulting from running the product in a corrosive atmosphere.
8. Repairs when your LG product is used in other than normal, single-family household use or contrary to the instructions outlined in the product owner's manual.
9. Damage resulting from accident, misuse, abuse, or improper installation, repair, or maintenance. Improper repair includes use of parts not approved or specified by LG.
10. Normal maintenance as described in the installation instructions and use and care manual, such as replacing filters, cleaning of coils, etc.
11. Use of accessories or components that are not compatible with this product.
12. Products with altered or removed serial numbers.
13. Changes in the appearance of the product that do not affect product performance.
14. Increases in utility costs and additional utility expenses.

**The cost of repair or replacement under these excluded circumstances shall be borne by the consumer.**