# United States District Court
### EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| ST. GREGORY CATHEDRAL SCHOOL, et al. | § | |
| | § | |
| v. | § | 6:12-cv-739 |
| | § | |
| LG ELECTRONICS, INC., et al. | § | |

## ORDER STAYING CASE

On August 5, 2015, the Court held a status conference in the above-styled case (Doc. No. 346). During the status conference, the Court stated that it would stay this case for at least sixty days while the Court prepares an order on Plaintiffs' Corrected Motion for Class Certification (Doc. No. 323) and a trial plan for once that order issues. The Court also advised the parties to re-mediate the case during the stay. The Court now memorializes its oral ruling.

This Court has the inherent power "to control the disposition of the cause on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 249–58 (1936). In view of the benefit that both the Court and the parties will gain from having the necessary time to be conscientious in their decision-making without the interruption of further disputes, the Court **ORDERS** that this case is **STAYED** until **10:00 a.m. on Thursday, October 29, 2015.** At that time, the parties are **ORDERED** to appear for a status conference. In advance of the status conference, the Court will issue its order on class certification.

**It is SO ORDERED.**
**SIGNED this 6th day of August, 2015.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE